United States District Court
Northern District of New York

# CIVIL JUDGMENT

**SAUNDRA WHITE.**

                **Plaintiff**

       **V.**            **CASE NUMBER:  5:07-cv-586 (FJS) (GHL)**

**UNITED STATES OF AMERICA**

                **Defendant**

[X]  **Decision by Court.**  This action came to trial or hearing before the Court.
    The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The action is dismissed pursuant to 28 USC 1915(e)(2)(B) and Local Rule 5.4(a) and it is further certified that any appeal of this matter would not be taken in good faith pursuant to 28 USC 1915(a)(3).  The Motion to proceed in forma pauperis is denied as moot and further the Motion for Appointment of Counsel is denied as moot.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 7th day of June, 2007.


**JUNE 8, 2007**                **LAWRENCE K. BAERMAN**

**_____**      **_____**

**DATE**                     **CLERK OF COURT**

                             **s/**

                     **_____**

                     **JOANNE BLESKOSKI**
                     **DEPUTY CLERK**